UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LORA L. ROSENCRANS                                                                PLAINTIFF

V.                           NO. 3:19-CV-00345-KGB-JTR

ANDREW SAUL,
Commissioner of Social Security                                                   DEFENDANT

## ORDER

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis, Doc. 1*, is GRANTED.

DATED this 2nd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE