## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LORA L. ROSENCRANS**                                            **PLAINTIFF**

**V.**                              **NO. 3:19CV00345-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**            **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE