# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LORA L. ROSENCRANS**                                                           **PLAINTIFF**

**V.**                          **NO. 3:19-CV-00345-JTR**

**ANDREW SAUL,**
**Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## ORDER

Before the Court is Plaintiff Lora Rosencrans' Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 18.* The motion is unopposed. *Doc. 20.*

Plaintiff's attorney, Frederick Spencer, requests a total award of **$1,854.20** (which sum includes 9.50 attorney hours at an hourly rate of $155; 4.65 paralegal hours at an hourly rate of $75; and expenses of $32.95).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 18*, is GRANTED.

Plaintiff is awarded **$1,854.20** in fees under the EAJA.[1]

Dated this 8th day of February, 2021.

                                                        /s/ J. Thomas Ray
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

2